# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL DOCKET NO.: 3:01CR216-3-V

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **LESTER A. BLAKENEY,** ) | |
|      **Defendant.** ) | |
| _____) | |

**THIS MATTER** is before the Court on Defendant's "Motion To Obtain Copy Of Judgment And Committal Order", filed May 18, 2005. For good cause shown, Defendant's request will be <u>granted</u>.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion is hereby **GRANTED**. Accordingly, the Deputy Clerk shall forward a copy of the Defendant's Judgment to the Defendant at no cost.

**Signed: June 16, 2005**

Richard L. Voorhees
United States District Judge